ALBERT S. HECHT, Respondent, *v.* FRED T. LEY & Co., INC., Appellant, Impleaded with Others.

*Appeal — motion to dismiss appeal denied.*

Reported below, 213 App. Div. 817.

(Submitted June 1, 1925; decided June 9, 1925.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 27, 1925, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the decision of the trial court was unanimously affirmed, except as modified by the striking out of an extra allowance.

*William H. Freedman* for motion.

*Clifton P. Williamson* and *Edward V. Bourne* opposed.

Motion denied, with ten dollars costs.